**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Moussa Achi, | Court File No.: 09-CV-02194 – PAM - AJB |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| K-Mart Corporation, | |
| Defendant. | |

This matter coming before the Court on the Stipulation of Dismissal filed in the above-captioned proceeding on June 23, 2010 (the "Stipulation"); this Court having reviewed the Stipulation, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED,** that all claims in this action are dismissed with prejudice, with each party to bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June __23__, 2010.   s/Paul A. Magnuson
                            Paul A. Magnuson, Judge
                            United States District Court